No. 782. CULLOTTA *v.* RAGEN, WARDEN. March 27, 1944. Petition for writ of certiorari to the Supreme Court

of Illinois denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350.